(No. 6374—)

FLEX-O-LITE DIVISION, vs. STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed February 17, 1972.*

FLEX-O-LITE DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.